**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

DERRYCK T. RICHARDSON,   CASE NO. 21-40114-KKS
　　　　　　　　　　　　　　　　　　　　CHAPTER 11

　　Debtor.
_____/

## SUMMARY OF BALLOTS AND COPIES OF BALLOTS RECEIVED

Please take notice of the filing of the summary of ballots and the copies of the ballot(s) received attached hereto.

Dated: October 24, 2022   */s/ Byron Wright III*
　　　　　　　　　　　　　　　　Byron Wright III
　　　　　　　　　　　　　　　　Florida Bar No. 118971
　　　　　　　　　　　　　　　　Bruner Wright, P.A.
　　　　　　　　　　　　　　　　2810 Remington Green Circle
　　　　　　　　　　　　　　　　Tallahassee, FL  32308
　　　　　　　　　　　　　　　　Office: (850) 385-0342
　　　　　　　　　　　　　　　　Fax: (850) 270-2441

## Summary of Ballots

### Class #1

Total Number of Claims Voting: 1
Total Number of Claims Accepting: 0
Total Dollar Amount of Claims Voting: $325,498.22
Total Dollar Amount of Claims Accepting: $0.00

### Class #2

Total Number of Claims Voting: 1
Total Number of Claims Accepting: 1
Total Dollar Amount of Claims Voting: $311,596.97
Total Dollar Amount of Claims Accepting: $311,596.97

### Class #3

Total Number of Claims Voting: 1
Total Number of Claims Accepting: 1
Total Dollar Amount of Claims Voting: $21,564.20
Total Dollar Amount of Claims Accepting: $21,564.20

## CERTIFICATE OF SERVICE

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on October 24, 2022 to the following person(s) at the email address(es) noted herein:

Andrew S. Ballentine on behalf of Creditor Boyd Management, LLC
asballentine@shumaker.com

Steven M. Berman on behalf of Creditor Boyd Management, LLC
sberman@shumaker.com

Robert C. Bruner on behalf of Debtor Derryck T. Richardson
rbruner@brunerwright.com,
melanie@brunerwright.com;twright@brunerwright.com;jackson@brunerwright.com;laura@brunerwright.com

Mary Watts Colon on behalf of Creditor Smith and Keaton Investment Group, LLC
marybethc@stslaw.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov, charles.edwards@usdoj.gov

Chad D. Heckman on behalf of Creditor Credit Acceptance Corp.
eservice@heckmanlawgroup.com

Stephen Orsillo on behalf of Creditor TMH Federal Credit Union
bk@svllaw.com, steveo@svllaw.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

  Date: October 24, 2022      */s/ Byron Wright III*
                   Byron Wright III

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

DERRYCK T. RICHARDSON,  　　　　CASE NO. 21-40114-KKS
　　　　　　　　　　　　　　　　CHAPTER 11

　　　Debtor.
_____/

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION (Doc. 152)

The Debtor's Amended Chapter 11 Plan of Reorganization (the "Plan," Doc. 152) can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to: Bruner Wright, P.A., Attn: Byron Wright III, 2810 Remington Green Circle, Tallahassee, FL 32308 OR via email to twright@brunerwright.com.

All ballots must be received on or before October 19, 2022. Any ballot received after this time will not be counted.

Smith and Keaton Investment Group, LLC, a creditor of Derryck T. Richardson, and holder of Class 1 claim in the unpaid principal of $ 325,498.22 hereby:

[ ] ACCEPTS THE PLAN　　　　[X] REJECTS THE PLAN

Dated: 10.19.2022

Printed: Mary W Colón
Title: Attorney for Creditor
Address: 3520 Thomasville Road
4th Floor
Tallahassee, FL 32309

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

DERRYCK T. RICHARDSON,   CASE NO. 21-40114-KKS
   CHAPTER 11

Debtor.
_____/

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION (Doc. 152)

The Debtor's Amended Chapter 11 Plan of Reorganization (the "Plan," Doc. 152) can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to: Bruner Wright, P.A., Attn: Byron Wright III, 2810 Remington Green Circle, Tallahassee, FL 32308 OR via email to twright@brunerwright.com.

All ballots must be received on or before October 19, 2022. Any ballot received after this time will not be counted.

___Boyd Management, LLC___, a creditor of Derryck T. Richardson, and holder of Class _2_ claim in the unpaid principal of $_311,596.97_ hereby:

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: _October 19, 2022_

Printed: _James Moore_
Title: _Manager_
Address: _1085 W. Morse Blvd_
_Suite 220_
_Winter Park, FL 32789_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

DERRYCK T. RICHARDSON,   CASE NO. 21-40114-KKS
                         CHAPTER 11

Debtor.
_____/

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION (Doc. 152)

The Debtor's Amended Chapter 11 Plan of Reorganization (the "Plan," Doc. 152) can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to: Bruner Wright, P.A., Attn: Byron Wright III, 2810 Remington Green Circle, Tallahassee, FL 32308 OR via email to twright@brunerwright.com.

All ballots must be received on or before October 19, 2022. Any ballot received after this time will not be counted.

CREDIT ACCEPTANCE CORP., a creditor of Derryck T. Richardson, and holder of Class 3 claim in the ~~unpaid principal~~ AMOUNT of $ 21,564.20 hereby:

[X] ACCEPTS THE PLAN            [ ] REJECTS THE PLAN

Dated: 10/18/2022

*/s/ Bradley Halberstadt*

Printed: BRADLEY HALBERSTADT
Title: ATTORNEY IN FACT
Address: 2800 PATTON RD
ROSEVILLE, MN 55113